UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH AZIEL BALLS,<br><br>Defendants. | Case No. 1:18-cr-00352-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

On March 9, 2021, the Court received a letter from Patricia Azbill, the defendant's mother, requesting hardship early release for her son. Dkt. 40. Ms. Azbill requests that her son be released from prison early because her husband passed away and she has multiple health conditions. The Court construes Ms. Azbill's letter as a motion for compassionate release on behalf of her son.

"A federal court generally 'may not modify a term of imprisonment once it has been imposed.'" *Dillon v. United States*, 560 U.S. 817, 819 (2010). Thus, "a judgment of conviction that includes a sentence of imprisonment constitutes a final judgment and may not be modified by a district court except in limited circumstances." *Id*. at 824 (citing 18 U.S.C. § 3582(b)).

**MEMORANDUM DECISION AND ORDER - 1**

The only possible exception is compassionate release under 18 U.S.C. 3582(c)(1)(A). Section 3582(c)(1)(A) provides, in relevant part, that a court

> [...] upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment[...]

18 U.S.C. § 3582(c)(1)(A). The requirement that a defendant request compassionate release from the Warden of his or her facility is mandatory. Further, the statute requires that the defendant bring the motion for compassionate release on their own behalf.

There is no indication that Defendant has requested compassionate release from the Warden of his facility. Further, Ms. Azbill's motion is not proper because the statute requires a defendant bring the motion on their own behalf. Accordingly, the Court will deny Ms. Azbill's request. However, the Defendant is free to seek compassionate release from the Warden of the facility in which he is incarcerated and, if the request is unsuccessful, to file a motion for release under 18 U.S.C. 3582(c)(1)(A).

**MEMORANDUM DECISION AND ORDER - 2**

## ORDER

**IT IS ORDERED** that Patricia Azbill's Motion on behalf of the Defendant (Dkt. 40) is **DENIED**.

DATED: March 18, 2021

_____
B. Lynn Winmill
U.S. District Court Judge